UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

Receipt #
6868
1/20/2010

---

IN RE:  BK NO. 05-25535

ROBERT & TAMMY BATTLE
    Debtor(s)

---

## TRANSMITTAL OF UNCLAIMED FUNDS

George M. Reiber, Chapter 13 Trustee, reports the following:

1. Ninety days have passed since final distribution under the Chapter 13 plan was made in the following case. Your trustee has stopped payment on all checks remaining unpaid listed below. The names of the persons to whom such unnegotiated distribution checks were issued and the amount of such checks are as follows:

       JK Harris
       PO Box 1003
       Totowa NJ  07511-1003

2. Your Trustee's check for $227.04, payable to the Clerk of the Court, is attached to this report.

3. Nothing further remains to be done in this case.

Dated: January 19, 2010
    Rochester, NY                /s/_____
                                              GEORGE M. REIBER, TRUSTEE



RECEIVED
JAN 20 2010
BANKRUPTCY COURT
ROCHESTER, NY